1004

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
TERRANCE JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-04359-6, Marilyn R. Sellers, J., entered
May 26, 1998. *Affirmed* by unpublished per curiam opinion.

*In the Matter of the Marriage of* DAVID HODGE,
*Appellant*, and DANITA HODGE, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 97-3-02778-4, Marsha J. Pechman, J., entered
June 11, 1998. *Affirmed* by unpublished per curiam opinion.

*In the Matter of the Paternity of* FALLON PARIENNE,
STEVEN J. NADEL, *Petitioner,* and TERESA SCHUMSKY,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 96-5-00432-5, Richard D. Eadie, J., entered
June 18, 1998. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS
FRANKLIN EDER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-08210-9, Ann Schindler, J., entered July
20, 1998. *Affirmed* by unpublished per curiam opinion.